IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America, | : | |
| Plaintiff | : | |
| v. | : | Civil No. WMN-98-2680 |
| OMEGA J. CEDENO,<br>a/k/a Omega Cedeno,<br>a/k/a Omega Atkinson, | : | |
| Defendant | : | |

## ORDER

The Court having considered the Plaintiff's Motion to Vacate Default Judgment, it is this 2nd day of November, 2001, ORDERED:

1. That the Judgment by Default entered in favor of the Plaintiff and against the Defendant on October 16, 1998 BE, and the same HEREBY IS VACATED.

2. That the case is DISMISSED without prejudice with each party to bear its own costs; and

3. That the Clerk of the Court shall send copies of this Order to Defendant and Plaintiff.

WILLIAM M. NICKERSON, JUDGE
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of November, 2001, a copy of the foregoing Motion to Vacate Default Judgment, and proposed Order were mailed to Omega J. Cedeno, 724 West Kingsway Road, Baltimore, Maryland 21220, defendant.

Tamera L. Fine
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
410-209-4800
Trial Bar No. 024751